AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

Western District of Texas

**FILED**

June 05, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ **APV**

DEPUTY

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) Case No.  EP: 25-M-3105-MAT |
|  | ) |
|  | ) |
|  | ) |
| Juan Sebastian TOVAR-LATORRE | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  June 02, 2025  in the county of  El Paso  in the
Western  District of  Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 1546 | Fraud and misuse of visas, permits, and other documents |

This criminal complaint is based on these facts:

Please see attached affidavit.

☒ Continued on the attached sheet.

NICKEY J BRADEN  Digitally signed by NICKEY J BRADEN
Date: 2025.06.05 08:11:14 -06'00'

*Complainant's signature*

Nick Braden, Special Agent

*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date:  June 5, 2025 at 1:04 p.m.

*Judge's signature*

City and state:   El Paso, Texas

Miguel A. Torres, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT FOR**
Juan Sebastian TOVAR-LATORRE

1. I, Nick Braden, being duly sworn, do hereby depose and state that I am a Special Agent (SA) of the United States Department of State – Diplomatic Security Service (DSS). I received training in investigative techniques at the Federal Law Enforcement Training Center in Glynco, GA and the Foreign Affairs Security Training Center in Blackstone, VA. As a Special Agent, I investigate potential criminal violations relating to passport, visa, and other official identity documents.

2. This affidavit is made in support of a criminal complaint charging Juan Sebastian TOVAR-LATORRE (hereinafter referred to as Subject) with violating Title 18, United States Code, Section 1546 (Fraud and misuse of visas, permits, and other documents).

3. The information in this affidavit is based upon my own knowledge, records furnished to me in my official capacity and information provided by other law enforcement officials. Since this affidavit is being submitted for the limited purpose of establishing probable cause for the criminal complaint referenced above, this affidavit does not contain every material fact that I have learned during the course of this investigation. I have set forth only the facts that I believe are necessary to establish the requisite foundation for a probable cause finding to support the criminal complaint.

4. A B1/B2 visa is a nonimmigrant visa that allows foreign nationals to enter the United States temporarily for business (B1) or tourism, pleasure, or medical treatment (B2), or a combination of both. It's a multiple-entry visa, meaning it allows for multiple visits to the U.S., but each stay must be consistent with the visa's purpose. The B1/B2 visa is not for permanent residency in the U.S.

5. On June 02, 2025, at approximately 0500 hours, Subject was observed by a Border Patrol Agent (BPA) Camera Control Operator making illegal entry into the Unites States by climbing up and over the border fence approximately 0.83 miles west of the Paso Del Norte Port of Entry in El Paso, TX, which is located in the Western District of Texas. BPA Lillebo, after a brief chase, apprehended Subject near the illegal entry point and within the Western District of Texas. When questioned by BPA Lillebo, Subject admitted to being a Columbian national with no immigration documents allowing them to be or remain in the United States legally. A search of Subject property included his Columbian passport, which revealed a B1/B2 visa, for the United States of America. The B1/B2 visa was determined to be fraudulent. A records check revealed that the U.S.

Department of State has not issue a visa with the Subject's name and likeness. Additionally, the visa control number on the fraudulent visa corresponds to a different individual who was legally issued a B1/B2 visa in May 2024 at the U.S. Consulate in Tijuana, Mexico.

6. Subject is known to the U.S Department of State's Diplomatic Security Service (DSS) as having previously obtained a fraudulent B1/B2 non-immigrant visa. On May 17, 2025, Mexican Immigration Authorities (INM) at the Ciudad Juarez International Airport notified the DSS Overseas Criminal Investigations Unit (OCIU) at the U.S. Consulate General Ciudad Juarez of a Columbian national (Subject), who arrived from a flight originating from Mexico City. INM provided copies of the Subject's passport page containing his biographical details and a copy of what appeared to be a U.S. B1/B2 visa. Record checks confirmed the visa was fraudulent. INM seized the fraudulent visa and processed Subject for deportation and sent him south enroute to Mexico City via bus.

7. After being notified of Subject's arrest on June 02, 2025, by Border Patrol, Special Agent (SA) Silva from DSS, interviewed the Subject about where he obtained the fraudulent visa now in his Columbian passport. Subject stated that after his visa was confiscated by INM, he returned to the vendor, in Mexico City, who sold him the first fraudulent visa and obtained a second copy. Subject intended to use the visa, as proof of legal status, to travel inside the United States once he crossed the border.

8. Based on the information above, there is probable cause to believe the Subject violated Title 18 United States Code, Section 1546 (Fraud and misuse of visas, permits, and other documents) when he obtained a fraudulent B1/B2 visa, placed it in his Columbian passport, and had the intent to use it as proof of legal status while traveling inside the United States. The Subject's possession of the fraudulent visa meets the elements of a violation of Title 18 USC 1546.

Nick Braden, Special Agent
United States Department of State
Diplomatic Security Service

Subscribed and sworn before me this __5th__ day of __June__ 2025.at 1:04 p.m.

Miguel A. Torres
United States Magistrate Judge