**FILED**
June 25, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____DT_____
                    Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | **Case No: EP:25-CR-01451-DCG** |
| Plaintiff, | § § | **I N D I C T M E N T** |
| v. | § § | **CT 1:** 18 U.S.C. § 1546(a) |
| JUAN SEBASTIAN TOVAR-LATORRE, | § § § § | Fraud and Misuse of Visas, Permits, and Other Documents |
| Defendant. | § § | |

THE GRAND JURY CHARGES:

### COUNT ONE

On or about June 2, 2025, in the Western District of Texas, the defendant,

**JUAN SEBASTIAN TOVAR-LATORRE,**

did possess, obtain, accept, and receive a non-immigrant visa, namely: a non-immigrant B1/B2 visa, knowing it to have been forged, counterfeited, altered, falsely made, and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

A TRUE BILL.

███████████████████████
FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____[signature]_____
        Assistant U.S. Attorney